UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21229-CIV-LENARD/WHITE

**ED REED**,

    Movant,

v.

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 11) AND DENYING MOTION TO VACATE SENTENCE (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 11), issued on November 10, 2010, recommending the Court deny in its entirety Movant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 ("Motion," D.E. 1). The Report finds that Movant's challenges to his sentencing as a career offender are procedurally defaulted because he failed to raise them on direct appeal. (Report at 5.) The Report further finds such challenges are not cognizable as part of a Section 2255 motion as they are non-constitutional claims. (Id. at 7.) Nevertheless, the Report also finds that Movant's claims fail on the merits as he qualifies as a career offender based on the fact that all four prior offenses identified in the Pre-Sentence Investigation Report would have qualified him for such treatment. (Id. at 8-12.) Finally, the Report concludes that Movant's ineffective assistance of counsel claim fails because counsel could not be deemed deficient

for correctly advising him that he qualified for career offender sentencing or for failing to lodge a meritless objection. The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 11), issued on November 10, 2010, is **ADOPTED**;

2. Consistent with this Order, Movant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (D.E. 1), is **DENIED** in its entirety;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of December, 2010.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE